UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIYONO S. MARTINSON, | No.  2:25-cv-3737-DC-CKD (PS) |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff filed a pro se complaint and the matter was referred to the undersigned by operation of Local Rule 302(c)(21) pursuant to 28 U.S.C. § 636(b). On March 31, 2026, the undersigned found the complaint failed to state a claim and dismissed the complaint with leave to amend. (ECF No. 3.) The undersigned ordered that plaintiff was to file any amended complaint within 30 days of the date of that order. (Id. at 4.) Plaintiff was specifically cautioned "failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed." (Id. at 5.) The time granted for plaintiff to file an amended complaint has expired. Plaintiff has not filed an amended complaint, sought an extension of time to do so, or otherwise responded to the court's order.

In recommending this action be dismissed for failure to prosecute, the undersigned has considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring

1

disposition of cases on their merits; and (5) the availability of less drastic alternatives." Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted). This case cannot proceed without plaintiff's participation. Because plaintiff has not stated a claim for relief and has not responded to the court's order granting leave to file an amended complaint, the relevant factors weigh in favor of dismissal of the case at this time.

Based on the foregoing, IT IS RECOMMENDED that this action be dismissed for failure to prosecute. See Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  May 20, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 mart26cv3737.fta.fr

2