UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIYONO S. MARTINSON,

Plaintiff,

v.

COUNTY OF SACRAMENTO, et al.,

Defendants.

No. 2:25-cv-3737-DC-CKD (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF No. 4)

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On May 20, 2026, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 4.) Plaintiff has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a review of this case. Having carefully reviewed this matter, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed May 20, 2026 (ECF No. 4), are ADOPTED;
2. This action is dismissed for failure to prosecute. See Fed. R. Civ. P. 41(b); and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 28, 2026**

Dena Coggins
United States District Judge